FREDERICK WILCOCK, Respondent, *v.* EAGLE SAVINGS
AND LOAN COMPANY, Appellant.

*Wilcock* v. *Eagle Savings & Loan Co.*, 180 App. Div. 911, appeal
dismissed.

(Submitted February 4, 1918; decided February 12, 1918.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered November 7, 1917, *unani-
mously* affirming a judgment in favor of plaintiff entered
upon a decision of the court on trial at Special Term in
an action to cancel a mortgage for fraud.

The motion was made upon the grounds that the
affirmance by the Appellate Division was unanimous
and that permission to appeal had not been obtained.

*George W. Reiff* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.

---

WALTER L. PRATT et al., Respondents, *v.* CITY OF
SCHENECTADY, Appellant.

Reported below, 178 App. Div. 944.

(Submitted February 4, 1918; decided February 12, 1918.)

MOTION to dismiss an appeal from a judgment of
the Appellate Division of the Supreme Court in the
third judicial department, entered May 8, 1917, affirming
a judgment in favor of plaintiffs entered upon a decision
of the court at a Trial Term without a jury in an action
on contract.

The motion was made upon the grounds that no
questions of law were involved, the exceptions being
frivolous and the appeal taken solely for purpose of delay.

*John Alexander* for motion.

*John D. Miller, Corporation Counsel,* opposed.

Motion denied, with ten dollars costs.